# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LIEUTENANT COOK, et al.,<br><br>　　　　　Defendants. | NO. CV 08-1665 AHM (FMO)<br><br>**ORDER TO SHOW CAUSE** |

On March 11, 2008, plaintiff sought leave to file a Complaint pursuant to 42 U.S.C. § 1983 without prepayment of fees. On March 13, 2008, the court ordered plaintiff to pay an initial partial filing fee of $15.60 in accordance with 28 U.S.C. § 1915 by April 12, 2008. (See Court's Order of March 13, 2008). It appears from the record that plaintiff has failed to pay the initial partial filing fee as ordered.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **May 12, 2008**, plaintiff shall pay the initial partial filing fee of $15.60 or the action will be dismissed.

Dated this 24th day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge