# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COLEMAN, | NO. CV 08-1665 AHM (FMO) |
| Plaintiff, | |
| v. | **ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| LIEUTENANT COOK, et al. | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the Second Amended Complaint, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed to the Report and Recommendation. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action without prejudice.
2. The Clerk shall serve copies of this Order and the Judgment on all parties.

DATED: September 22, 2009

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE