# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>LIEUTENANT COOK, et al.,<br><br>    Defendants. | NO. CV 08-1665 AHM (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 22, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6